DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of Z.W., R.F., R.B., and C.B., children.

A.W.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-0852
_____

October 10, 2025

Appeal from the Circuit Court for Hillsborough County; Leslie Schultz-Kin, Judge.

Rinky S. Parwani of Parwani Law, P.A., Tampa, for Appellant.

Mary Soorus, Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Mercy Almaguer, Senior Appellate Division, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee, for Appellee Guardian ad Litem Office.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.